**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 13-cv-01301-LTB

VALERIE ROBINSON,

    Plaintiff,

v.

MRS BPO, L.L.C., a New Jersey limited liability company doing business as MRS Associates,

    Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Stipulation of Dismissal With Prejudice (Doc 9 - filed August 6, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                      BY THE COURT:

                                      s/ Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   August 7, 2013